**Order entered September 14, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00645-CV

### KAMALAKANNAN SIVANANDAM, Appellant

### V.

### THEMESOFT, INC., Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02970**

### ORDER

By letter filed September 13, 2021, appellant informs the Court he has requested and made payment arrangements for the reporter's record. Accordingly, we **ORDER** Gina M. Udall, Official Court Reporter for the 160th Judicial District Court, to file the record no later than September 24, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Udall and the parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE